SEALED

FILED

SEP 14 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

BENJAMIN W. WANGER
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4042

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) MG.F. NO. 1:11MJ 000186 GSA |
|---|---|
| Plaintiff, | ) **UNDER SEAL** |
| v. | ) APPLICATION TO SEAL WARRANT |
| | ) FOR ARREST AND CRIMINAL |
| JANAMJOT SINGH SODHI, | ) COMPLAINT; ORDER THEREON and |
| aka JIMMY SINGH, | ) DECLARATION OF STANLEY A. |
| | ) BOONE |
| Defendant. | ) |

The United States of America hereby applies to this Court for an order sealing the Warrant for Arrest and Criminal Complaint against the named defendant. Sealing of the referenced documents are necessary to protect the integrity of the ongoing investigation

//
//
//
//
//

1

and the disclosure to the defendants of the outstanding warrant and complaint prior to their arrests.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: 9/14/11

By /s/ Stanley A. Boone
STANLEY A. BOONE
Assistant U.S. Attorney

2

DECLARATION OF STANLEY A. BOONE

I, Stanley A. Boone, declare and state as follows:

1. I am an Assistant United States Attorney and I am co-counsel responsible for the prosecution of the instant case.

2. I respectfully request that this court order that the Warrant of Arrest and Criminal Complaint in this case be kept secret and under seal until further order of this court, save for it's service and execution upon the necessary party. This request is made to protect the on-going investigation as well as to secure the defendants' arrest prior to public disclosure of the warrants and complaint. Disclosure could hamper the Federal Bureau of Investigation's ability to execute upon the warrant if disclosure is made prior to arrest.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Fresno, California on September 14, 2011.

STANLEY A. BOONE

3

ORDER

IT IS SO ORDERED.

DATED: 9/14/11

GARY S. AUSTIN
United States Magistrate Judge

4