1 BENJAMIN W. WAGNER
  United States Attorney
2 STANLEY A. BOONE
  Assistant U.S. Attorney
3 4401 Federal Building
  2500 Tulare Street
4 Fresno, California 93721
  Telephone: (559) 497-4000
5 Facsimile: (559) 497-4099

FILED
SEP 15 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 01: 11-MJ-000186 GSA |
| Plaintiff, | |
| v. | ORDER UNSEALING COMPLAINT AND WARRANT OF ARREST |
| JANAMJOT SINGH SODHI, aka JIMMY SINGH, | |
| Defendant. | |

The complaint and warrant of arrest in this case, having been sealed by Order of this Court pursuant, and it appearing that it no longer need remain secret,

IT IS HEREBY ORDERED that the complaint and warrant of arrest be unsealed and made public record.

DATED: 9/15/11

_____
United States Magistrate Judge